**Order entered February 25, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-01051-CV

**LEONARD M. CHERMACK AND JANET CHERMACK, Appellants**

**V.**

**NATIONSTAR MORTGAGE COMPANY LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03076-2017**

## ORDER

Before the Court is appellants' unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 8, 2021.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE